■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENNETH BARTON, Appellant. [611 NYS2d 385] —Judgment unanimously reversed on the law, plea vacated, motion to suppress granted and matter remitted to Jefferson County Court for further proceedings on indictment. Memorandum: The search of defendant's vehicle was not a valid inventory search because the police failed to generate a meaningful inventory of the vehicle's contents and allowed the officer conducting the search undue discretion (see, People v Galak, 80 NY2d 715, 718-719). Consequently, defendant's motion to suppress the seized items should have been granted. (Appeal from Judgment of Jefferson County Court, Aylward, J.—Robbery, 2nd Degree.) Present—Denman, P. J., Balio, Lawton, Doerr and Davis, JJ.